IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LUIS DAVID TRAVIESO-RODRIGUEZ, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-335-KC |
| PAMELA J. BONDI et al., | § § § | |
| Respondents. | § § | |

## ORDER

On this day, the Court considered the case. Luis David Travieso-Rodriguez, a Cuban national subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 4, in opposition to Travieso-Rodriguez's Petition.

Respondents argue that Travieso-Rodriguez's continued detention is lawful because his removal "is likely in the reasonably foreseeable future." Resp. 1. In support, they submit the Declaration of Acting Supervisory Detention & Deportation Officer Elizabeth Urquidi, ECF No. 4-1. Urquidi states that Travieso-Rodriguez was served with a notice of removal to Mexico on December 8, 2025, which he refused to sign. *Id.* ¶ 14. However, "there is no indication that [Travieso-Rodriguez] expressed a fear of removal to Mexico." *Id.* On January 10, Travieso-Rodriguez was transferred to a Miami staging facility but was transferred back to ERO El Paso Camp East Montana the following day "in order to effectuate removal to Mexico under the agreement with Mexico to accept Cuban, Venezuelan, Nicaraguan, and Haitian (CVNH) citizens for third country removal to Mexico." *Id.* ¶¶ 15–16. As of January 31, "ERO El Paso [was] awaiting confirmation of CVNH removal to Mexico and/or travel documents to Cuba." *Id.* ¶ 17.

According to Urquidi, "[e]ven if [Travieso-Rodriguez] refuses to comply with removal from El Paso to Mexico, ERO will be able to successfully remove him from Phoenix to Mexico." *Id.* ¶ 23. "Therefore, ERO anticipates no impediments to removing [Travieso-Rodriguez] to Mexico in the reasonably foreseeable future." *Id.*

Given that Travieso-Rodriguez's removal to Mexico or Cuba would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than April 27, 2026**, detailing the following:

(1) whether Travieso-Rodriguez was removed to Mexico and, if so, the date of his removal, and if not, the expected timeline for his removal to Mexico, and any obstacles; and

(2) whether Travieso-Rodriguez was removed to Cuba and, if so, the date of his removal, and if not, the expected timeline for his removal to Cuba, and any obstacles.

**SO ORDERED.**

SIGNED this 25th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE