**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS DAVID TRAVIESO-RODRIGUEZ,** | § | |
| | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-335-KC** |
| | § | |
| **PAMELA J. BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the case.  On April 29, 2026, the Court ordered Respondents to release Luis David Travieso-Rodriguez under reasonable conditions of supervision by May 5.  Apr. 29, 2026, Order, ECF No. 11.

Respondents now inform the Court that, on May 1, Travieso-Rodriguez was released from custody under an order of supervision.  Notice, ECF No. 12; *see id.* Ex. A ("Supervision Order"), ECF No. 12-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Apr. 29, 2026, Order.

Accordingly, **<u>the Clerk shall close the case</u>**.

**SO ORDERED**.

**SIGNED this 6th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE